**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2991-20

CHARLES DEEGAN and
MARIE DEEGAN,

      Plaintiffs-Appellants,

v.

BOROUGH OF STONE HARBOR
PLANNING BOARD and
CHARLES STREET
DEVELOPERS, LLC,

      Defendants-Respondents.
_____

RKH HOLDINGS, LLC, WILLIAM
S. ROOHAN, LYNN D. ROOHAN,
CRAIG OTTON, PATRICIA K.
DIMARCO-SHESTON, STEPHEN
M. HARBAUGH, JEFFREY RIHN,
and BERNADETTE M. PARZYCH,

      Plaintiffs,

v.

BOROUGH OF STONE HARBOR
PLANNING BOARD and
CHARLES STREET

DEVELOPERS, LLC,

     Defendants-Respondents.
_____

Submitted October 11, 2022 – Decided October 18, 2022

Before Judges Mayer, Enright, and Bishop-Thompson.

On appeal from the Superior Court of New Jersey, Law Division, Cape May County, Docket Nos. L-0098-20 and L-0110-20.

Fox Rothschild, LLP, attorneys for appellants (Jack Plackter and Amanda Moscillo, on the briefs).

Craig, Annin & Baxter, LLP, attorneys for respondent Borough of Stone Harbor Planning Board (John C. Grady, on the brief).

Hankin, Sandman Palladino Weintrob & Bell, PC, attorneys for respondent Charles Street Developers, LLC (Colin G. Bell, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2991-20